# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DONALD ASANTE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:11-cv-03597-RDP |
| ) | |
| **ERIC H. HOLDER, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

On December 5, 2011, the Magistrate Judge assigned this matter entered a Report and Recommendation that Petitioner's application for a writ of habeas corpus be denied and dismissed. (Doc. #6).  No objections have been filed.

The court has considered the entire file in this action together with the Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the Recommendation, this petition for writ of habeas corpus is due to be denied and dismissed.  An appropriate order will be entered.

**DONE** and **ORDERED** this    3rd    day of January, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**R. DAVID PROCTOR**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE